U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 1 8 2022
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:22-CR-380-DJS |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **RAVINDER SINGH,** | ) | Violation:  8 U.S.C. § 1324(a)(2)(A) |
| | ) | [Alien Smuggling] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Franklin |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Alien Smuggling]

On or about August 30, 2019, in Franklin County in the Northern District of New York, the defendant, **RAVINDER SINGH**, knowing and in reckless disregard of the fact that aliens believed to have the initials R.C., J.C., and S.S. had not received prior official authorization to come to, enter or reside in the United States, did bring to the United States in any manner whatsoever, such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(A).

Dated: October 17, 2022

CARLA B. FREEDMAN
United States Attorney

By: /s/*Jeffrey C. Stitt*
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195